WILLIS EDWARDS, Appellant, *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.

Supreme Court, Appellate Term, First Department, July 2, 1937.

*Eisler & Olian* [*Benjamin Eisler* of counsel], for the appellant.

*Solon Weit*, for the respondent.

PER CURIAM. The justice had no power to amend his decision after the lapse of more than one year from the filing of his decision upon which the original judgment was entered, and the amendment of the judgment in accordance with such amended decision was unauthorized. (*Prudential Paper Co.* v. *Ashland Press, Inc.*, 231 App. Div. 515.)

Judgment and order reversed, with ten dollars costs, and motion denied.

All concur. Present — LYDON, LEVY and FRANKENTHALER, JJ.